IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ARKANSAS, LOUISIANA AND MISSISSIPPI
PIPE TRADES ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNITED STATES AND CANADA	PLAINTIFF

VS.	CIVIL ACTION NO. 3:10cv322 HTW-LRA

HARTFORD CASUALTY INSURANCE COMPANY	DEFENDANTS

**ORDER GRANTING
JOINT MOTION FOR EXTENSION OF RESPONSE AND REPLY DUE DATES**

The parties to this case have filed a joint motion requesting an order allowing each of them until December 21, 2012, to submit responses to several motions filed on November 26, 2012, and until January 15, 2013, to serve reply memoranda. Inasmuch as the parties have agreed to the extensions requested, and because the extensions will not delay or disrupt any other proceedings in the case, the Court finds that the motion should be granted.

IT IS ORDERED, THEREFORE, that the responses of Plaintiff and Defendant to motions filed on November 26, 2012, shall be due on or before December 21, 2012, and reply memoranda in support of the motions shall be due on or before January 15, 2013.

So ordered, this the 13th day of December, 2012.

United States District Court Judge