UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ARKANSAS, LOUISIANA AND MISSISSIPPI PIPE
TRADES ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND
PIPEFITTING INDUSTRY OF THE UNITED
STATES AND CANADA                                                                    PLAINTIFF

VS.                                                                  CIVIL ACTION NO. 3:10CV322-HTW-LRA

HARTFORD CASUALTY INSURANCE
COMPANY                                                                                  DEFENDANT

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff's Unopposed Motion for Extension of time requesting additional time for the parties, until January 4, 2013, to submit responses to several motions filed on November 26, 2012, and until January 18, 2013 to serve reply memoranda.  Counsel for Plaintiff has requested an additional extension due to illness and Defendant has indicated there is no objection to the request of Plaintiff's counsel, with reciprocal time afforded to Defendant because of the extension requested by Plaintiff.  Inasmuch as counsel Defendant has indicated there is no objection to this requested extension based upon illness of counsel for Plaintiff, and because the extensions will not delay or disrupt any other proceedings in the case, the Court finds the motion should be granted.

IT IS ORDERED, THEREFORE, that the responses of Plaintiff and Defendant to motions filed on November 26, 2012, shall be due on or before Friday, January 4, 2013, and reply memoranda in support of the motions shall be due on or before January 18, 2012.

SO ORDERED, this the 27th day of December, 2012.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE